UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 07 CV 5712

---

JUDITH H. WEISS
, Plaintiff(s)

- against -

FRANCES M. CREEM AND BETTY M. OLSON
, Defendant(s)

---

State of New York   )
                    ) SS.:
County of Dutchess  )

AFFIDAVIT OF SERVICE

Andrew Szymkowicz being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of New York.  That on 06/27/2007 at  9:25 AM at:
    59 CHURCH ST
    NEW PALTZ NY 12561
Deponent served the:

SUMMONS IN A CIVIL ACTION AND VERIFIED COMPAINT
upon FRANCES M. CREEM,
by delivering a true copy to:
Mr. Creem, Spouse
who stated that they were authorized to accept service on behalf of:
FRANCES M. CREEM.

Within 20 days of such service, deponent enclosed a copy of same in a first
class postpaid envelope properly addressed to recipient at:
    FRANCES M. CREEM
    59 CHURCH ST
    NEW PALTZ NY 12561
and deposited said envelope in an official depository under the exclusive
care and custody of the U.S. Postal Service within New York State.  The
envelope bore the legend "PERSONAL & CONFIDENTIAL" and did not
indicate by return address or otherwise that the communication was from an
attorney or concerned an action against the recipient.

To the best of my knowledge, based on information and belief, the said
recipient at the time of service was not engaged in the military service
of the United States or New York. Recipient wore ordinary
civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 68  HEIGHT: 5'10''  WEIGHT: 165        HAIR: GREY        RACE: WHITE        SEX: MALE

Andrew Szymkowicz                    License #

SWORN TO BEFORE ME  6/28/07

Ellen Edwards

ELLEN EDWARDS
NOTARY PUBLIC, STATE OF NEW YORK
Qualified in Ulster County
Commission Expires August 23, 2009

OUR DOC# 18506
Friedman Friedman Chiaracalloti & Giannini
2 Rector Street, 21st Fl
New York NY 10006
212-267-0380
06-0785