UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 07 CV 5712

JUDITH H. WEISS
, Plaintiff(s)

- against -

FRANCES M. CREEM AND BETTY M. OLSON
, Defendant(s)

State of New York     )
                      ) SS.:
County of Dutchess    )

AFFIDAVIT OF SERVICE

Charles H. Howes, Jr. being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York. That on 06/25/2007 at 7:05 PM at:
    254 HOLLOW ROAD
    STAATSBURG NY 12580

Deponent served the:

SUMMONS IN A CIVIL ACTION AND VERIFIED COMPAINT
upon BETTY M. OLSON, by delivering a true copy to recipient personally, deponent knew the person so served to be the person described as said recipient therein.

To the best of my knowledge, based on information and belief, the said recipient at the time of service was not engaged in the military service of the United States or New York. Recipient wore ordinary civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 47   HEIGHT: 5'5''   WEIGHT: 170   HAIR: BROWN   RACE: WHITE   SEX: FEMALE

Charles H. Howes, Jr.             License #

SWORN TO BEFORE ME  6/28/07

ELLEN EDWARDS
NOTARY PUBLIC, STATE OF NEW YORK
Qualified in Ulster County
Commission Expires August 23, 2009

OUR DOC# 18507
Friedman Friedman Chiaracalloti & Giannini
2 Rector Street, 21st Fl
New York NY 10006
212-267-0380
06-0785