# FRIEDMAN FRIEDMAN CHIARAVALLOTI & GIANNINI
### ATTORNEYS AT LAW
2 Rector Street
21st Floor
New York, NY 10006
Telephone: (212) 267-0380
Fax: (212) 962-1199

Daniel J. Friedman
Alan M. Friedman
Mariangela Chiaravalloti•
A. Joseph Giannini

James L. Baron
Suzanne M. Scott•

Maria DelPalma
Legal Assistant

Sidney S. Lane
Of Counsel

* member of NY & NJ Bar

July 19, 2007

John W. Kondulis, Esq.
James G. Bilello & Associates
875 Merrick Avenue
Westbury, NY 11590

Your file #: 07K0763

Frances M. Crreem
59 Church Street
New Paltz, NY 12561

Re:   Weiss v. Creem & Olson
      Our File No. 06-0785

To whom it may concern:

The above-referenced matter has been scheduled for a conference as follows:

Date:      July 26, 2007

Time:      9:15 a.m.

Place:     United States District Court, Southern District
           500 Pearl Street, Courtroom 6A
           New York, NY

Judge:     Richard M. Berman

Please arrange to have an attorney present at that time.   A copy of the Court notice is enclosed.

Very truly yours,

FRIEDMAN FRIEDMAN
CHIARAVALLOTI & GIANNINI

Maria DePalma
Legal Assistant

md
enc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

-------------------------------------------------------X

JUDITH WEISS,

                        Plaintiff,                    07 Civ. 5712 (RMB)


        -against-


FRANCES M. CREEM and
BETTY M. OLSON,

                        Defendants.
-------------------------------------------------------X

        This action has been assigned to the Honorable Richard M. Berman.  An initial pre-trial conference is set for **July 26, 2007 at 9:15 a.m.** in Courtroom 6A (6th floor), 500 Pearl Street, U.S. District Courthouse.  You are advised to review Judge Berman's Individual Practices, which can be obtained in the Clerk's/Cashier's Office, 1st floor, 500 Pearl Street, U.S. District Courthouse or by visiting the Court's website at www.nysd.uscourts.gov.  **Counsel for plaintiff is responsible for notifying all parties of the above date immediately**.

        In accordance with Rule 16 of the Fed. R. Civ. P., counsel should complete in advance of the conference and develop a case management plan (form enclosed). Counsel (or pro se litigants) should bring additional copies of the completed case management plan to the conference.

        In addition to the matters covered in the case management plan, counsel (or pro se litigants) should also be prepared to address at the conference the factual and legal bases for their claims or defenses, subject matter jurisdiction, and any other issue relevant to case management. **Counsel should also be prepared to discuss efforts to settle the case.**

**Courtesy Copies of all Rule 7.1 Statements and pleadings shall be submitted to chambers prior to this conference.**

Dated: New York, New York
        June 19, 2007


                                                Very truly yours,


                                                Christopher G. Lee
                                                Intern to the Hon. Richard M. Berman
                                                **(212) 805-6715**