# FRIEDMAN FRIEDMAN CHIARAVALLOTI & GIANNINI
## ATTORNEYS AT LAW
2 Rector Street
21st Floor
New York, NY 10006
Telephone: (212) 267-0380
Fax: (212) 962-1199

Daniel J. Friedman
Alan M. Friedman
Mariangela Chiaravalloti*
A. Joseph Giannini

James L. Baron
Suzanne M. Scott*

Maria DePalma
Legal Assistant

Sidney S. Lane
Of Counsel

* member of NY & NJ Bar

July 20, 2007

Robert P. Sweeney, Esq.
DeSena & Sweeney, LLP
1383-32 Veterans Memorial Highway
Hauppauge, NY 11788

Re:  Weiss v. Creem & Olson
     Our File No. 06-0785
     Your file #: 07SF0120SD
     Your claim #: 52-2992-790

Dear Sir:

The above-referenced matter has been scheduled for a conference as follows:

Date:   July 26, 2007

Time:   9:15 a.m.

Place:  United States District Court, Southern District
        500 Pearl Street, Courtroom 6A
        New York, NY

Judge:  Richard M. Berman

Please arrange to have an attorney present at that time. A copy of the Court notice is enclosed.

Very truly yours,

FRIEDMAN FRIEDMAN
CHIARAVALLOTI & GIANNINI

Maria DePalma
Legal Assistant

md
enc.