UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUDITH H. WEISS<br><br>Plaintiff(s)<br><br>- against -<br><br>FRANCES M. CREEM and BETTY M. OLSON,<br><br>Defendant(s) | ANSWER TO<br>CROSS-CLAIM<br><br>Docket #: 07 CV 5712<br><br>(RMB) |

Defendant(s) Betty M. Olson, by the undersigned answering the cross-claim of the co-defendant(s), Frances M. Creem, upon information and belief, states as follows:

FIRST: Denies each and every allegation contained in paragraphs numbered and designated as: 16.

WHEREFORE, defendant(s) demand(s) judgment dismissing the co-defendant(s) complaint herein together with the costs and disbursements of this action.

DATED:   Westbury, New York
         July 25, 2007

                                        Yours, etc.


                                        _____
                                        John W. Kondulis, Esq. (JK4978)
                                        JAMES G. BILELLO & ASSOCIATES (JB7226)
                                        Attorneys for Defendant(s)
                                        Betty M. Olson
                                        875 Merrick Avenue
                                        Westbury, New York 11590
                                        (516) 229-4312
                                        Our File No. 07K0763

TO:

DeSena & Sweeney, LLP
Attorneys for Defendant
Frances M. Creem
1383 Veterans Memorial Highway, Suite 32
Hauppauge, NY 11788

Friedman Friedman Chiaravalloti Giannini

Attorneys for Plaintiff
Judith H. Weiss
2 Rector Street
21st Floor
New York, NY 10006

Index No. 07 CV 5712                                    Year: 2007

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

JUDITH H. WEISS

                                    Plaintiff(s)

        - against -                                          ANSWER TO
                                                             CROSS-CLAIM
FRANCES M. CREEM and BETTY M.
OLSON,

                                    Defendant(s)

JAMES G. BILELLO & ASSOCIATES
Attorneys for the Defendant(s)
Betty M. Olson
875 Merrick Avenue
Westbury, New York 11590
(516) 229-4312

---

TO

| | |
|---|---|
| Friedman Friedman Chiaravalloti Giannini | DeSena & Sweeney, LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Judith H. Weiss | Frances M. Creem |
| 2 Rector Street | 1383 Veterans Memorial Highway, Suite 32 |
| 21st Floor | Hauppauge, NY 11788 |
| New York, NY 10006 | |

---

Due and timely service of a copy of the within _____ is hereby admitted
Dated July 25, 2007

Attorney(s) for Betty M. Olson

---

AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK) SS.:
COUNTY OF NASSAU)

     Meryl Bader, being duly sworn deposes and says that she is over the age of 18 years, that on the _____ day of July, 2007, she served the annexed ANSWER TO CROSSCLAIM upon the following named attorneys and parties:

TO:

| | |
|---|---|
| Friedman Friedman Chiaravalloti Giannini | DeSena & Sweeney, LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Judith H. Weiss | Frances M. Creem |
| 2 Rector Street | 1383 Veterans Memorial Highway, Suite 32 |
| 21st Floor | Hauppauge, NY 11788 |
| New York, NY 10006 | |

by depositing true copies thereof in a post box maintained by the United States Postal Authorities, enclosed in securely closed post-pain wrappers addressed to the above named attorney(s) and parties(s) listed above: that being addressed designated by them as ascertained by deponent from the file maintained in the office of the attorneys for the Defendant(s) Betty M. Olson herein

                                        _____
                                              Meryl Bader

Sworn to before me this
_____ day of July, 2007

_____
      NOTARY PUBLIC