UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
JUDITH H. WEISS

                    Plaintiff(s),

      - against -

FRANCES M. CREEM and
BETTY M. OLSON

                    Defendant(s).
-------------------------------------------------x

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

07 Civ. 5712 ( ) ( )

IT IS HEREBY STIPULATED by the undersigned:

      1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

      2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

_____
Attorney(s) for Plaintiff(s)
Address 2 Rector St., New York, NY
Telephone 212-267-0380

_____ for JAMES G. Bilello Associates
Attorney(s) for Defendant, OLSON
Address 875 Merrick Ave., Westbury, NY
Telephone 516-229-4312

_____
Attorney(s) for Defendant(s) CREEM
Address 1383 Vet. Mem. Hwy., Hauppauge, NY
Telephone 631-360-7333

_____
Attorney(s) for _____
Address
Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED.

_Richard M. Berman_ 7/26/07
           U.S.D.J.

Magistrate Judge _Dolinger_ was assigned this case on _____.

_____
For: Clerk U.S.D.C. S.D.N.Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/07
SDNY Web 4/99