```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JUDITH H. WEISS,                    :

               Plaintiff,           :    ORDER

       -against-                    :    07 Civ. 5712 (MHD)

FRANCES M. CREEM and BETTY M.       :
OLSON,
               Defendants.          :
------------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    A pre-trial conference having been held with counsel for the respective parties today,

    It is hereby **ORDERED** as follows:

    1. The parties are to serve their initial written discovery requests by **AUGUST 17, 2007**.

    2. Parties are to request leave to amend pleadings and/or add parties by no later than **SEPTEMBER 30, 2007**. If not sought prior to this date, such leave will only be granted upon a showing that the need for the proposed amendments could not have been ascertained prior to this deadline.

3. All fact discovery is to be completed by **NOVEMBER 30, 2007**.

4. Plaintiffs are to designate their expert witnesses and provide the information required under Fed. R. Civ. P. 26(a)(2)(B) by **NOVEMBER 30, 2007**. Defendants are to provide the equivalent information by **DECEMBER 14, 2007**.

5. All remaining expert witness discovery is to be completed by **JANUARY 11, 2008**.

6. The parties are to submit a joint pre-trial order, as well as proposed voir dire and requests to charge, by **JANUARY 25, 2008**, unless a potentially dispositive motion has been served by that date.

DATED:  New York, New York
        August 9, 2007

SO ORDERED.

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Mariangela Chiaravalloti, Esq.
Friedman, Friedman, Chiaravalloti & Giannini
2 Rector Street, 21st Floor
New York, NY 10006

Gail J. Monaco, Esq.
Desena & Sweeney LLP
1383 Veterans Highway
Hauppauge, NY 11788

John William Kondulis, Esq.
Bilello & Walisever
875 Merrick Avenue
Westbury, NY 11590