UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JUDITH H. WEISS,                     :

             Plaintiff,       :        **ORDER**

      -against-                    :        07 Civ. 5712 (MHD)

FRANCES M. CREEM and BETTY M.        :
OLSON,

             Defendants.      :
------------------------------------X

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that the defendants are to preserve in their current condition the vehicles involved in the event that is the subject of the above-captioned action for the duration of this lawsuit. If any repairs have been performed and the parts from the vehicles evidencing their prior condition have been kept, those parts are also to be preserved for the duration of the lawsuit.

DATED:  New York, New York
       August 9, 2007

                                  SO ORDERED.

                                  MICHAEL H. DOLINGER
                                  UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Mariangela Chiaravalloti, Esq.
Friedman, Friedman, Chiaravalloti & Giannini
2 Rector Street, 21st Floor
New York, NY 10006

Gail J. Monaco, Esq.
Desena & Sweeney LLP
1383 Veterans Highway
Hauppauge, NY 11788

John William Kondulis, Esq.
Bilello & Walisever
875 Merrick Avenue
Westbury, NY 11590