# DeSena & Sweeney, LLP

LOUIS J. DeSENA, ESQ.
ROBERT P. SWEENEY, ESQ.

1383-32 Veterans Memorial Highway
Hauppauge, New York 11788
(631) 360-7333

JAMES D. BRUCKNER, ESQ.
LINDA M. CHETKOF, ESQ.
CHRISTOPHER J. LANIGAN, ESQ.
SHAWN P. O'SHAUGHNESSY, ESQ.
GRETA S. BOLDI, ESQ.
DOLORES M. IANNARONE, ESQ.
ELKE E. MIRABELLA, ESQ.
STANFORD KAPLAN, ESQ.
ELLEN MARCUS, ESQ.
Of Counsel

> **ENDORSED ORDER**
>
> Application granted. All fact discovery is to be completed by January 31, 2008. Plaintiff is to designate experts and provide their reports by January 31, 2008. Defendants are to provide the equivalent information by February 14, 2008. All expert-witness discovery is to be completed by March 14, 2008. The parties are to submit a joint pretrial order by March 25, 2008, unless a dispositive motion has been served by that date.
>
> /s/ [signature]
> 11/8/07

November 6, 2007

Via Facsimile (212) 805-7928

United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Attn: Hon. Michael H. Dolinger

RE: Weiss v Creem and Olson
Civil Index Number: 07 CV 5712

Hon. Magistrate Dolinger:

This office represents defendant Creem in the above referenced matter. I write to request a sixty (60) day extension of all deadlines associated with this action. The reason for the request is the unfortunate hospitalization of defendant Creem. Specifically, I have now confirmed with Ms. Creem's family that said party is having a kidney removed on November 15, 2007. Fact discovery is currently set to close on November 30, 2007. **This application is made on consent of all counsel.**

Additionally, please be advised that the deposition of the plaintiff and defendant Olson have been completed. A copy of this letter application is being sent to all counsel via facsimile. Thank you.

Very truly yours,

SHAWN P. O'SHAUGHNESSY
(SO-6081)

SPO:sid

Via Facsimile (212) 962-1199 Friedman, Friedman, Chiaravalloti & Giannini
Via Facsimile (516) 229-4303 James G. Bilello & Associates