





I



B



D



C

E









J



K



M



L