COPY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - X

JUDITH H. WEISS,

        Plaintiff,

  against,

FRANCES M. CREEM and BETTY M. OLSON,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - X

DATED:   January 21, 2008
         Poughkeepsie, New York
         12:45 p.m. - 1:10 p.m.

         Patrick M. DeGiorgio, Reporter


DEPOSITION

OF

FRANCES M. CREEM


FEB 1 5 2008


MARY T. BABIARZ COURT REPORTING SERVICE, INC.
(845) 471-2511

```
 1                           F. CREEM                         7
 2      A.    77.
 3      Q.    Were you involved in an automobile accident
 4            back in September 2006?
 5      A.    Yes.
 6      Q.    Do you remember the date of the accident?
 7      A.    September 16th.
 8      Q.    Do you remember the day of the week?
 9      A.    Monday.
10      Q.    What time did the accident happen?
11      A.    Around 3, 3:30.
12      Q.    That's in the afternoon?
13      A.    Yes.
14      Q.    At the time of the accident you were driving
15            an automobile?
16      A.    Yes.
17      Q.    Were you the owner of that car?
18      A.    Yes.
19      Q.    What kind of car was it?
20      A.    1991 Buick Regal.
21      Q.    Did it have four doors?
22      A.    Yes.
23      Q.    Power steering?
24      A.    Yes.
25      Q.    Did it have power brakes?
```

```
1                          F. CREEM                        13
2            to the hospital from your home that day?
3      A.    Route 32.
4      Q.    Directly from your home you got onto Route
5            32?
6      A.    Uh-huh.
7      Q.    Yes?
8      A.    Yes.
9      Q.    Okay.
10     A.    I had to go through side streets, but then I
11           got on 32.
12     Q.    That's what I'm asking.  Do you recall the
13           names of the streets that you used?
14     A.    Broadhead Avenue -- wait a minute.  DuBois
15           Road.  I got out of my house, turned around
16           and got on DuBois Road, went down and then I
17           was on 32.
18     Q.    When you got on Route 32 did you make a
19           right or left turn?
20     A.    Right.
21     Q.    Was that traveling in a northbound
22           direction?
23     A.    Yes.
24     Q.    How far did you travel on Route 32 before
25           the accident occurred?
```

```
                              F. CREEM                          14
 1
 2         MR. O'SHAUGHNESSY:
 3              Approximately.
 4   A.    About five miles.
 5   MR. GIANNINI:
 6   Q.    The accident happened on Route 32; is that
 7         correct?
 8   A.    Yes.
 9   Q.    Can you tell me the closest intersection to
10         where the accident occurred?
11   A.    It was a straight road I guess.
12   Q.    From the time you left your home that day up
13         until the time the accident occurred, did
14         you have occasion to use your brakes in the
15         vehicle?
16         MR. O'SHAUGHNESSY:
17              Do you understand the question?
18   A.    I'm thinking.
19         MR. O'SHAUGHNESSY:
20              Just note my objection to the form.
21         You can answer.
22   A.    Yes, when I was down on Broadhead Avenue.
23   MR. GIANNINI:
24   Q.    Let me ask you the question this way.  From
25         the time that you left your home up until
```

```
1                        F. CREEM                        17
2      A.    I don't know.
3      Q.    If you don't know, you can tell me.
4      A.    I really don't know.
5      Q.    That's all right.  How would you describe
6            the traffic conditions when you first got
7            onto Route 32?
8      A.    Fine.
9      Q.    Was it light traffic, medium traffic or
10           something else?
11     A.    Medium.
12     Q.    Did you make any stops on Route 32 before
13           the accident occurred?
14     A.    No.
15     Q.    What's the speed limit on Route 32?
16     A.    It varies.  It changes.
17     Q.    Can you tell me what the highest rate of
18           speed your vehicle reached as you traveled
19           on Route 32 before the accident occurred?
20     A.    Between 45 and 50.
21     Q.    Were there vehicles traveling directly ahead
22           of you in the northbound direction on Route
23           32?
24     A.    Yes.
25     Q.    At the place where the accident occurred,
```

```
1                          F. CREEM                        18
2            was it also one lane of traffic northbound?
3      A.    Yes.
4      Q.    How many lanes of traffic going southbound
5            on Route 32 in that location?
6      A.    Two.
7      Q.    As you approached the place where the
8            accident occurred, let's say approximately
9            100 feet from the place where the accident
10           occurred, can you tell me if any vehicles
11           were traveling directly ahead of you
12           northbound?
13     A.    Yes.
14     Q.    How many vehicles?
15     A.    Two.
16     Q.    Do you know what kind of vehicles they were?
17     A.    One was a white truck and one was the red
18           car.
19     Q.    When you say red car, is that the car that
20           eventually you had contact with?
21     A.    Right.
22     Q.    Was the truck ahead of the red car?
23     A.    Yes.
24     Q.    How far were you traveling --
25           MR. GIANNINI:
```

```
1                           F. CREEM                      19
2              Withdrawn.
3      Q.     How far was your vehicle from the red car
4             the first time you saw it?
5      A.     I kept watching.
6      Q.     The first time it came into your view, how
7             far were you from that red car?
8      A.     About two or three car lengths.
9      Q.     When you say two or three car lengths, are
10            you talking approximately the length of the
11            vehicle that you were driving that day?
12     A.     Right.
13     Q.     During the time that you --
14     MR. GIANNINI:
15            Withdrawn.
16     Q.     Did you keep the red car under your
17            observation all the time up until the time
18            of the accident?
19     A.     Yes.
20     Q.     And did the distance --
21     MR. GIANNINI:
22            Withdrawn.
23     Q.     Did the red car come to any stops before the
24            time that the accident occurred?
25     A.     No.  Not that I saw.
```

```
                              F. CREEM                              20

 1
 2      Q.    At any time as you traveled the two or three
 3            car length distance between your car and the
 4            red car, did you see the red car engage its
 5            rear brake lights?
 6      A.    No.
 7      Q.    Did the red car travel in a northbound
 8            direction directly ahead of you going
 9            straight at all the times that you were
10            watching it?
11      A.    Yes.
12      Q.    Did you maintain a distance of two or three
13            car lengths from the red car all the time
14            that you traveled northbound?
15      A.    Yes.
16      Q.    Did there come a time that you saw the red
17            car come to a stop?
18      A.    No.
19      Q.    Did you see the truck ahead of the red car
20            come to a stop?
21      A.    No.
22      Q.    Did you see any construction activity on
23            Route 32 as you traveled that day?
24      A.    There was people picking up signs, some kind
25            of people picking up signs.
```

```
1                          F. CREEM                        21
2      Q.    Was that ahead of you as you traveled?
3      A.    Right.
4      Q.    At any time did you see the red car decrease
5            its speed as you traveled behind it two or
6            three car lengths?
7      A.    It seemed to slow down a little bit because
8            I was catching up to it.
9      Q.    When you say you were catching up to it, did
10           this change from two or three car lengths?
11     A.    Yes, because it's a hill and there's an
12           incline.
13     Q.    Were you going down the incline?
14     A.    Yes.  The hill started and all of a sudden
15           she seemed closer, so then I was slowing
16           down and pushing on my brake as I got near
17           her.
18     Q.    When you saw the red vehicle slowing down as
19           you described, what did you do, if anything,
20           with respect to the operation of your car?
21     A.    I just kept hitting my brake.
22     Q.    When you say you hit your brake, did you
23           keep your foot continuously on the brake or
24           something else?
25     A.    On it and then when I -- I didn't stop it
```