AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK)   SS.:
COUNTY OF NASSAU )

      Joan Panzella, being duly sworn, deposes and says that she is not a party to this action and is employed by the attorneys for the within named defendant Betty M. Olson herein.  That on the _____day of _____, 200__, she served the annexed Rule 56.1 Statement upon the following named attorney(s) and party(s) by depositing a true copy of the same securely enclosed in a post-paid wrapper in a Post Office Box regularly maintained by the United States Government at 875 Merrick Avenue Westbury, New York 11590, in said County of Nassau directed to said attorney(s) and party(s) at:

| | |
|---|---|
| Friedman Friedman Chiaravalloti Giannini<br>Attorneys for Plaintiff(s)<br>2 Rector Street<br>21st Floor<br>New York, NY 10006<br>212 267-0380 | DeSena & Sweeney, LLP<br>Attorneys for Defendant(s)<br>1383-32 Veterans Memorial Highway, Suite 32<br>Hauppauge, NY 11788<br>(631) 360-7333 |

that being the address within the State designated by them for that purpose upon the preceding papers in this action, or the place where they then kept an office, between which places there then was and now is a regular communication by mail.

Deponent is over the age of eighteen (18) years.

                                                                                     _____
                                                                                               Joan Panzella

Sworn to before me this
_____ day of _____, 200____


_____
Notary Public