UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| JUDITH H. WEISS | ANSWER TO CROSS-CLAIM |
|---|---|
| Plaintiff(s) | |
| - against - | Docket #: 07 CV 5712 |
| FRANCES M. CREEM and BETTY M. OLSON, | (RMB) |
| Defendant(s) | |

Defendant(s) Betty M. Olson, by the undersigned answering the cross-claim of the co-defendant(s), Frances M. Creem, upon information and belief, states as follows:

FIRST: Denies each and every allegation contained in paragraphs numbered and designated as: 16.

WHEREFORE, defendant(s) demand(s) judgment dismissing the co-defendant(s) complaint herein together with the costs and disbursements of this action.

DATED:    Westbury, New York
          July 25, 2007

Yours, etc.

_____
John W. Kondulis, Esq. (JK4978)
JAMES G. BILELLO & ASSOCIATES (JB7226)
Attorneys for Defendant(s)
Betty M. Olson
875 Merrick Avenue
Westbury, New York 11590
(516) 229-4312
Our File No. 07K0763

TO:

DeSena & Sweeney, LLP
Attorneys for Defendant
Frances M. Creem
1383 Veterans Memorial Highway, Suite 32
Hauppauge, NY 11788

Friedman Friedman Chiaravalloti Giannini

Attorneys for Plaintiff
Judith H. Weiss
2 Rector Street
21st Floor
New York, NY 10006

Index No. 07 CV 5712  Year: 2007

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

JUDITH H. WEISS

                        Plaintiff(s)

- against -

FRANCES M. CREEM and BETTY M. OLSON,

                        Defendant(s)

**ANSWER TO CROSS-CLAIM**

JAMES G. BILELLO & ASSOCIATES
Attorneys for the Defendant(s)
Betty M. Olson
875 Merrick Avenue
Westbury, New York 11590
(516) 229-4312

TO

| | |
|---|---|
| Friedman Friedman Chiaravalloti Giannini<br>Attorneys for Plaintiff<br>Judith H. Weiss<br>2 Rector Street<br>21st Floor<br>New York, NY 10006 | DeSena & Sweeney, LLP<br>Attorneys for Defendant<br>Frances M. Creem<br>1383 Veterans Memorial Highway, Suite 32<br>Hauppauge, NY 11788 |

Due and timely service of a copy of the within _____ is hereby admitted
Dated July 25, 2007

Attorney(s) for Betty M. Olson

AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK) SS.:
COUNTY OF NASSAU)

      Meryl Bader, being duly sworn deposes and says that she is over the age of 18 years, that on the _____ day of July, 2007, she served the annexed ANSWER TO CROSSCLAIM upon the following named attorneys and parties:

TO:

| | |
|---|---|
| Friedman Friedman Chiaravalloti Giannini | DeSena & Sweeney, LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Judith H. Weiss | Frances M. Creem |
| 2 Rector Street | 1383 Veterans Memorial Highway, Suite 32 |
| 21st Floor | Hauppauge, NY 11788 |
| New York, NY 10006 | |

by depositing true copies thereof in a post box maintained by the United States Postal Authorities, enclosed in securely closed post-pain wrappers addressed to the above named attorney(s) and parties(s) listed above: that being addressed designated by them as ascertained by deponent from the file maintained in the office of the attorneys for the Defendant(s) Betty M. Olson herein

                                                              Meryl Bader

Sworn to before me this
_____ day of July, 2007

_____
      NOTARY PUBLIC