COPY

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - -X

JUDITH H. WEISS,

              Plaintiff,

   against,

FRANCES M. CREEM and BETTY M. OLSON,

             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - -X

DATED:    January 21, 2008
         Poughkeepsie, New York
         2:20 p.m. - 3:00 p.m.

         Patrick M. DeGiorgio, Reporter

DEPOSITION

OF

KRISTOFER BARNHART

(A Non-Party Witness)

MARY T. BABIARZ COURT REPORTING SERVICE, INC.
(845) 471-2511

```
 1                          BARNHART                            8
 2      A.    No.
 3      Q.    I notice you brought a copy of a police
 4            accident report.  Have you had a chance to
 5            take a look at that before coming here
 6            today?
 7      A.    Yes.
 8      Q.    Is that a two-page document?
 9      A.    Yes.
10      Q.    For Identification purposes today that's
11            been marked as Defendant's Exhibit B.  I'll
12            have you take a look at both of those
13            documents in a second, but before I have you
14            do that, do you have an independent
15            recollection of an accident which occurred
16            on Route 32 north on September 18th, 2006 in
17            the Town of Rosendale?
18      A.    Yes.
19      Q.    Can you tell me, sir, what your independent
20            recollection is about that accident?
21      A.    There was construction in the area, I don't
22            remember what for.  I got called for an
23            accident, a woman came down and struck a
24            vehicle that was stopped due to the
25            construction zone.  That was about it.
```

```
1                          BARNHART                          11
2     Q.    From looking at the report, can you tell
3           what the colors of those cars were?
4     A.    No.  It's not on here, no.
5     Q.    Does that refresh your recollection as to
6           what the colors of the car were?
7     A.    No.  It was too long ago.
8     Q.    When you arrived at the scene, can you tell
9           me the relevant positions of the cars?
10    A.    There were -- they were in the northbound
11          lane then, right in the lane itself.
12    Q.    The northbound lane of Route 32 in the area
13          of the accident, is that one lane, two lanes
14          or something else?
15    A.    One lane.
16    Q.    How about in the southbound direction of
17          that location, one lane, two lanes or
18          something else?
19    A.    Two lanes.
20    Q.    Do you recall the weather that day?
21    A.    Just clear.  There was nothing, no snow or
22          anything like that, no rain.
23    Q.    Do you know if the weather was a factor in
24          the accident at all?
25    A.    No, it was not.
```

```
                              BARNHART                          13
 1
 2              in one vehicle and one person in the other?
 3       A.     Yes.
 4       Q.     Do you recall which had which?
 5       A.     I'd have to look at the report.  Frances
 6              Creem in one vehicle and Betty Olson and
 7              Judith was Weiss in the second vehicle.
 8       Q.     Who was driving in the Olson/Weiss vehicle?
 9       A.     Olson.
10       Q.     Can you describe Miss Olson?
11       A.     No.  It was too long ago.
12       Q.     Can you describe Miss Weiss?
13       A.     Too long ago.
14       Q.     How about Miss Creem, can you describe her?
15       A.     Too long ago.
16       Q.     Do you recall having a conversation with
17              Miss Creem about how the accident took
18              place?
19       A.     Could I look at the report?
20       Q.     Sure.
21       A.     Vaguely I remember her telling me about the
22              brakes not working properly.
23       Q.     Do you know if that came from Miss Creem or
24              some other source?
25       A.     I believe Miss Creem.
```

```
1                        BARNHART                          32

2    A.    We can print out and exchange information

3          for the drivers, but you have to bring it

4          back to the station to get it approved by

5          the supervisor.

6    Q.    All the information that is on B was

7          generated at the scene?

8    A.    Yes.

9    Q.    The second page, diagram on the exhibit,

10         Exhibit B, that's put down to your

11         description of the actual accident, not

12         where you found the vehicles when you

13         arrived; correct?

14   A.    Yes.  That would be the description that

15         they gave me of what happened, I put it on

16         the diagram.

17   Q.    You indicated that there are boxes to

18         indicate causative factors on the report,

19         Exhibit B; correct, but you just don't know

20         which -- you don't have the code for the

21         causing factors with you today?

22   A.    Correct.

23   Q.    Do you recall which boxes on the report are

24         causative factors and for which vehicle?

25   A.    It would be up on the right hand side up
```

```
1                          BARNHART                          33
2          here somewhere.
3     Q.   That would be the one 19, 20, 21 and 22?
4     A.   Yes.  Somewhere in there is the -- I'm not
5          positive exactly which one it is.
6     Q.   So whatever 42 is, you put down 42, that
7          would correspond to a causative factor, on
8          box number 19 on the right-hand side?
9     A.   If 19 is that corresponding box.  It's one
10         of these here.  I'm not positive which one.
11    MR. KONDULIS:
12         I have no further questions.
13    MR. O'SHAUGHNESSY:
14         I have one follow-up.
15    CONTINUED EXAMINATION BY MR. O'SHAUGHNESSY:
16    Q.   As part and parcel of your investigation of
17         an accident scene, would you also look to
18         examine whether a vehicle had a proper
19         inspection?
20    A.   Yes.
21    Q.   Would you also look to see if a car had a
22         proper registration?
23    A.   Yes.
24    Q.   And a valid license?
25    A.   Yes.
```

# POLICE ACCIDENT REPORT
MV-104A (3/04)

New York State Department of Motor Vehicles

Page 1 of 2 Pages

Local Codes: 06-1166 / 6SRPD4000047

☐ AMENDED REPORT

**Accident Date:** Month 9, Day 18, Year 2006
**Day of Week:** Monday
**Military Time:** 15:00
**No. of Vehicles:** 2
**No. Injured:** 3
**No. Killed:** 0
Not Investigated at Scene ☐   Accident Reconstructed ☐
Left Scene ☐
Police Photos: ☐ Yes ☒ No

☒ VEHICLE 2   ☐ BICYCLIST   ☐ PEDESTRIAN   ☐ OTHER PEDESTRIAN

## VEHICLE 1
- **Driver License ID Number:** 797784887 — State of Lic.: NY
- **Driver Name:** CREEM, FRANCES M
- **Address:** 59 CHURCH ST
- **City or Town:** NEW PALTZ   State: NY   Zip: 12561
- **Date of Birth:** 6/14/1930   Sex: F   Unlicensed: ☐   No. of Occupants: 01   Public Property Damaged: ☐
- **Name on registration:** CREEM, FRANCES M   Sex: F   DOB: 6/14/1930
- **Address:** 59 CHURCH ST   NEW PALTZ, NY 12561
- **Plate Number:** BYM9383   State of Reg: NY   Vehicle Year & Make: 1991 BUIC   Vehicle Type: 4DSD   Ins. Code: 328

## VEHICLE 2
- **Driver License ID Number:** 300433039 — State of Lic.: NY
- **Driver Name:** OLSON, BETTY M
- **Address:** 254 HOLLOW RD
- **City or Town:** STAATSBURG   State: NY   Zip: 12580
- **Date of Birth:** 6/26/1943   Sex: F   Unlicensed: ☐   No. of Occupants: 02   Public Property Damaged: ☐
- **Name on registration:** OLSON, BETTY M   Sex: F   DOB: 6/26/1943
- **Address:** 254 HOLLOW RD   STAATSBURG, NY 12580
- **Plate Number:** NYCOM48   State of Reg: NY   Vehicle Year & Make: 2003 SUZI   Vehicle Type: 4DSD   Ins. Code: 639

### Vehicle 1 Damage Codes
- Box 1 Point of Impact: 2
- Box 2 Most Damage: 2
- Additional: 3, 4, 5 / 1, 3
- Vehicle By: BILLS TOWING
- Towed To: BILLS TOWING

### Vehicle 2 Damage Codes
- Box 1 Point of Impact: 8
- Box 2 Most Damage: 8
- Additional: 3, 4, 5 / 7, 9
- Vehicle By: BILLS TOWING
- Towed To: BILLS TOWING

**VEHICLE DAMAGE CODING:** 1-13 SEE DIAGRAM ON RIGHT. 14. UNDERCARRIAGE  15. TRAILER  16. OVERTURNED  17. DEMOLISHED  18. NO DAMAGE  19. OTHER

**ACCIDENT DIAGRAM:** See the last page for the accident diagram.

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to determine   ☒ Yes   ☐ No

**Reference Marker:** 3 2 - / 8 6 0 2 / 1 1 8 7

**Place Where Accident Occurred:** County ULSTER   ☐ City   ☐ Village   ☒ Town of ROSENDALE
**Road on which accident occurred:** ROUTE 32
**at 1) intersecting street** ___ or 2) 100 feet ☐N ☒S ☐E ☐W of PARKCREST DR

### Accident Description/Officer's notes
V1 WAS TRAVELING N/B ON ROUTE 32 BEHIND V2. WHEN V1 WAS COMING DOWN THE HILL, V2 WAS STOPPED DUE TO CONSTRUCTION AHEAD. V1 WENT TO APPLY THE BRAKES AND THE BRAKES FAILED. V1 STRUCK V2. REPORTING OFFICER DID FIND A PUDDLE OF BRAKE FLUID ON THE ROADWAY UNDER V1.

### All Involved
| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | 4 | 1 | 76 | F | X | X | 6 | 11372ET | 5503 | CREEM, FRANCES M | |
| B | 2 | 1 | 4 | 1 | 63 | F | 04 | 14 | 6 | 11363ET | 5501 | OLSON, BETTY M | |
| C | 2 | 3 | 4 | 1 | 56 | F | 04 | 14 | 6 | 11363ET | 5501 | WEISS, JUDITH H | |
| D | | | | | | | | | | | | | |
| E | | | | | | | | | | | | | |
| F | | | | | | | | | | | | | |

**Officer's Rank and Signature:** PO   [signature]
**Print Name in Full:** Kristofer Barnhart
**Badge/ID No.:** 215
**NCIC No.:** 05590
**Precinct/Post Troop/Zone:** F3
**Station/Beat Sector:** 
**Reviewing Officer:** Buboltz, Andrew J
**Date/Time Reviewed:** 9/25/2006 10:01

| Local Codes | | POLICE ACCIDENT REPORT |
|---|---|---|
| 06-1166 | | MV-104A (3/04) |
| 6SRPD4000047 | ☐ AMENDED REPORT | |

| Accident Date | | | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☐ | Left Scene | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | | | | | | Accident Reconstructed ☐ | ☐ | ☐ Yes ☐ No |
| 9 | 18 | 2006 | Monday | 15:00 | 2 | 3 | 0 | | | |



Route 32

