```
1                         F. CREEM                          22
2         then, but I kept my foot in the area, on it,
3         and then when I saw I wasn't getting as --
4         getting as far away as I wanted to be and I
5         saw I was getting too close to her, I just
6         put my hands on the wheel, held onto them
7         and stomped on my brake and said help me
8         Jesus, that's all.  I saw -- I didn't like
9         how close I was getting.
10   Q.   Let's talk about the first time you put your
11        foot on the brake.  Did your vehicle change
12        the speed it was going the first time you
13        put your foot on the brake?
14   A.   It slowed, but not to my satisfaction.
15   Q.   How far were you from the red vehicle when
16        you first did that?
17   A.   About almost a car length.
18   Q.   At that point was the red car still moving
19        or had it stopped?
20   A.   No.  It was still moving.
21   Q.   Did the distance between your car and the
22        red car continue to shorten after that
23        point?
24   A.   Not enough to make me happy.  I like a lot
25        of room between cars.
```

```
1                          F. CREEM                            23
2    Q.    I understand.  In other words, the first
3          time you say you put your foot on the brake,
4          did the distance between your car and the
5          red car, did they get closer?
6    A.    Yes.
7    Q.    When you realized you were getting closer,
8          did you put more force on your foot pressing
9          down on the brake?
10   A.    Yes.
11   Q.    What happened, if anything, when you did
12         that?
13   A.    It slowed, but not good enough for my
14         feeling.
15   Q.    At any time before --
16   MR. GIANNINI:
17         Withdrawn.
18   Q.    Eventually there was a contact between the
19         front of your vehicle and the rear of the
20         red vehicle?
21   A.    Yes.
22   Q.    At any time before that did you see the red
23         car come to a stop?
24   A.    Not a stop, no.  It was always in front of
25         me.
```

```
1                        F. CREEM                              24
2    Q.    Did you see it change its speed or decrease
3          its speed?
4    A.    I think it changed its speed because it was
5          there.
6    Q.    When you say it changed its speed did it go
7          slower or faster?
8    A.    Slower.
9    Q.    When you saw it change its speed to a slower
10         speed is that when you put more force on the
11         brake?
12   A.    Yes.  The more I saw it in front of me the
13         more I applied the brake.
14   Q.    As you did that was there -- did anything
15         happen with respect to your vehicle?
16   A.    It stopped a little bit, but not -- it just
17         kept going slower.  Like I say, there was
18         the incline, so I could feel the momentum of
19         the hill.
20         MR. O'SHAUGHNESSY:
21              Indicating the downward direction.
22   MR. GIANNINI:
23   Q.    When you say in -- (interrupted)
24   A.    Down the hill.  It goes like this and goes
25         like that and it gets more elevation to it,
```

```
 1                            F. CREEM                          25
 2            it gets more momentum (indicating).
 3         MR. O'SHAUGHNESSY:
 4                Indicating cresting over a hill and
 5            then going down.
 6         MR. GIANNINI:
 7         Q.    If I understand you correctly before, there
 8               came a time when you put more force on the
 9               brake; correct?
10         A.    Uh-huh.
11         Q.    Yes?
12         A.    Yes.
13         Q.    At the time that you did that, what was the
14               red car doing ahead of you?
15         A.    It was just going.
16         Q.    It was moving?
17         A.    You know, it was near me.  It had to be
18               moving.  It was there.  I don't know how to
19               describe it.
20         Q.    I'm just trying to find out -- (interrupted)
21         A.    It didn't stop.
22         Q.    Let me ask you this question --
23               (interrupted)
24         A.    Like I said, is it didn't -- (interrupted)
25         Q.    Let me ask you this question:  At any time
```

```
 1                         F. CREEM                        26
 2           did you see the red car come to a stop?
 3      A.   Dead stop, no.
 4      Q.   When you applied the brake more forcely as
 5           you described before, did you press down as
 6           hard as you could?
 7      A.   I stomped on them.
 8      Q.   You stomped on them?
 9      A.   Yes.
10      Q.   Does that mean you continually had your foot
11           pressing down on the brake?
12      A.   Yes.
13      Q.   What happened, if anything?
14      A.   I hit her.
15      Q.   Your vehicle did not come to a stop?
16      A.   No.
17      Q.   Let me rephrase that question.  Did your
18           vehicle come to a stop before the contact
19           with the red vehicle?
20      A.   No.
21      Q.   How would you describe the impact between
22           your vehicle and the red vehicle?
23      A.   Loud bang and she pulled over to the side.
24      Q.   Was it a heavy impact or medium impact?  How
25           would you describe it?
```

```
1                           F. CREEM                      27
2      A.    To me it sounded very heavy.
3      Q.    When you say she pulled over to the side,
4            you are talking about the operator of the
5            red vehicle?
6      A.    Uh-huh.
7      Q.    Yes?
8      A.    Yes.
9      Q.    Which side did she pull over?
10     A.    To the driver's side.
11     Q.    So she went further into the roadway?
12     A.    Yes.
13     Q.    Did you see what happened to that red
14           vehicle, if anything, when she did that?
15     A.    She kept going and I kept going.
16     Q.    How far did your vehicle travel after the
17           contact?
18     A.    I don't know.
19     Q.    Do you know how far the red car traveled?
20     A.    When it happened I said wait, we have to
21           stop.  She had pulled out or whatever
22           happened and I kept after her.  When I saw
23           her car I stopped.  I pulled my car over.
24     Q.    Eventually the red car came to a stop
25           somewhere on Route 32?
```

```
1                           F. CREEM                        37
2    A.    Yes.  When they took me out of the car.  I
3          didn't move.
4    Q.    What hospital did you go to?
5    A.    Benedictine in Kingston.  Like I said, I was
6          rooted to that spot.
7    Q.    Before the contact occurred and you started
8          to apply your brake as you described, do you
9          recall immediately before you began to apply
10         the brake what speed you were traveling at?
11   A.    About 45 or 50.  Approximately from what I
12         remember.
13   Q.    Can you tell me if the speed of your vehicle
14         changed as a result of you applying the
15         brake at any time before the contact?
16   A.    Not enough.
17   Q.    What do you mean not enough?
18   A.    I applied the brake, but to me I just didn't
19         like what was going on.  I wanted to do
20         better than that.  It didn't.
21   Q.    Can you tell me if it changed speed at all
22         as a result of you applying the brake?
23   A.    Truthfully, I don't know.  I think it did,
24         but not enough to make me happy.
25   Q.    Did you -- (interrupted)
```

```
1                          F. CREEM                        40
2     A.    No.
3     Q.    Did you ever have any other conversations
4           with the driver of the red car?
5     A.    No.
            MR. GIANNINI:
6
7                Thank you very much.
8           MR. KONDULIS:
9                I have just a few questions.
10    EXAMINATION BY MR. KONDULIS:
11    Q.    If I understand you correctly, at the time
12          there was the contact in front of your
13          vehicle and the rear of the red car, was the
14          red car still moving -- was it stopped or
15          moving?
16    A.    Moving, I guess.
17    Q.    At the time of that contact between the
18          front of your vehicle and the rear of the
19          red car, could you estimate how fast your
20          vehicle was moving at that point, the speed
21          of your vehicle?
22          MR. O'SHAUGHNESSY:
23               Do you have an approximation?
24    MR. KONDULIS:
25    Q.    Do you know?
```

```
1                          F. CREEM                        41
2     A.    Maybe 40.
3     Q.    At the time that contact took place with the
4           front of your vehicle and the rear of the
5           red car, was that white truck still in the
6           area?
7     A.    I didn't -- I was busy concentrating on the
8           red car because she was in front of me.
9     Q.    You mentioned a white truck before.
10    A.    To me the white truck was gone.  All I saw
11          was her car.  When I hit it I saw her move
12          and then the road was empty.
13    Q.    Can you estimate approximately for how long
14          you had been traveling behind the red car?
15          MR. O'SHAUGHNESSY:
16             From the time she first saw it?
17          MR. KONDULIS:
18             Yes.
19    Q.    From the time you first saw it until the
20          time the actual contact took place?
21    A.    I don't remember when I first saw it.  It
22          was quite a distance.
23    Q.    While you were traveling behind the red car,
24          were you -- was your vehicle always directly
25          behind the red car or were there other cars
```