# AFFIDAVIT OF MAILING

STATE OF NEW YORK) SS:
COUNTY OF NASSAU )

      Joan Panzella , being duly sworn, deposes and says that she is not a party to this action and she is employed by the attorneys for the defendant Betty M. Olson , herein. That on the _____day of _____, 200__, she served the within NOTICE OF MOTION FOR SUMMARY JUDGMENT upon the attorney(s) for the within named parties by depositing a true copy of the same securely enclosed in a post-paid wrapper in a Post Office Box regularly maintained by the United States Government at 875 Merrick Avenue, Westbury, N.Y. 11590, in said County of Nassau directed to said attorney(s) at

| | |
|---|---|
| Friedman Friedman Chiaravalloti Giannini<br>Attorney for Plaintiff<br>2 Rector Street<br>21st Floor<br>New York, NY 10006<br>212 267-0380 | DeSena & Sweeney, LLP<br>Attorney for Defendant<br>1383-32 Veterans Memorial Highway, Suite 32<br><br>Hauppauge, NY 11788<br>(631) 360-7333 |

that being the address within the state designated by them for that purpose upon the preceding papers in this action, or the place where they then kept an office, between which places there then was and now is a regular communication by mail.

Deponent is over the age of eighteen (18) years.

                                                                                                    _____
                                                                                                    Joan Panzella

Subscribed to and sworn to before
me on this _____ day of _____, 200__

_____
Notary Public

Index No: 07 CV 5712

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JUDITH H. WEISS

Plaintiff(s)

-against-

FRANCES M. CREEM and BETTY M. OLSON,

Defendant(s)



*JAMES G. BILELLO & ASSOCIATES*
Attorneys for the Defendant
Betty M. Olson
Office and Post Office Address
875 Merrick Avenue
Westbury, New York 11590
(516) 229-4312

To

| | |
|---|---|
| Friedman Friedman Chiaravalloti Giannini<br>Attorney for Plaintiff<br>2 Rector Street<br>21st Floor<br>New York, NY 10006<br>212 267-0380 | DeSena & Sweeney, LLP<br>Attorney for Defendant<br>1383-32 Veterans Memorial Highway, Suite 32<br><br>Hauppauge, NY 11788<br>(631) 360-7333 |