# FRIEDMAN FRIEDMAN CHIARAVALLOTI & GIANNINI
### ATTORNEYS AT LAW
2 Rector Street
21st Floor
New York, NY 10006
Telephone: (212) 267-0380
Fax: (212) 962-1199

Daniel J. Friedman
Alan M. Friedman
Mariangela Chiaravalloti*
A. Joseph Giannini

Suzanne M. Scott*

Maria DePalma
Legal Assistant

*member of NY & NJ Bar

March 24, 2008

**Via Facsimile (212) 805-7928**

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Attn: Hon. Michael H. Dolinger

Re:   <u>Weiss v. Creem & Olsen</u>
      Civil Index Number 07CV5712

Hon. Magistrate Dolinger:

    This office represents the plaintiff, Judith Weiss in the above referenced matter. I write to request a two (2) weeks extension of time for all parties to submit a joint pre-trial order. This extension is to allow extra time for counsel to confer and submit one comprehensive order. The pre-trial order is currently due March 25, 2008. This application is made on consent of all counsel.

    A copy of this letter application is being sent to all counsel via facsimile. Thank you for your consideration.

Respectfully,

SUZANNE M. SCOTT
(SS-5969)

SMS/oan
cc:   Via Facsimile (631) 360-3763 DeSena & Sweeney, LLP
      Via Facsimile (516) 229-4303 James G. Bilello & Associates

*Endorsed Order*

Application granted. The joint pretrial order, together with voir dire and requests to charge, are to be submitted by April 8, 2008.

3/24/08
M/USMJ