

A



G



I



B



D



C

E



DVW-9383











M



L