UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDITH H. WEISS

           Plaintiff(s)

- against -

FRANCES M. CREEM and BETTY M. OLSON,

           Defendant(s)

STATEMENT PURSUANT TO CIVIL RULE 56.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK

07 CV 5712 (MHD)

     Pursuant to Local Rule 56.1, the defendant Betty M. Olson contends there is no issue of material fact as to the following items:

1. The accident in question occurred on September 18, 2006 in the afternoon.

2. The accident in question occurrred on Route 32 , Town of Rosendale , County of Ulster, State of New York.

3. At the time of the accident , the defendant Betty M. Olson was operating a 2003 Suzuki Aerio hatchback license plate # NYCOM48 NY which she owned.

4 At the time of the accident , the defendant Frances Creem was operating a 1991 Buick , license plate # BYM9383 NY which she owned.

5. At the time of the accident the plaintiff Judith Weiss was a passenger in the vehicle owned and operated by defendant Olson.

6. The front of the Creem vehicle came into contact with the rear of the Olson vehicle while the Creem vehicle was moving forward.

7. The rear of the Olson vehicle was damaged as a result of the accident.

8. The fraont of the Creem vehicle was damaged as a result of the accident.

DATED:    Westbury, NY
               March 25, 2008

                          JAMES G. BILELLO & ASSOCIATES (JB7226)
                          Attorneys for Defendant
                          Betty M. Olson
                          875 Merrick Avenue
                          Westbury, NY 11590

          s/ John W. Kondulis
          _____
          by  John W. Kondulis, Esq. (JK4978)

TO:

Friedman Friedman Chiaravalloti Giannini
Attorneys for Plaintiff
Judith H. Weiss
2 Rector Street
21st Floor
New York, NY 10006
212 267-0380


DeSena & Sweeney, LLP
Attorneys for Co-Defendant
Frances M. Creem
1383-32 Veterans Memorial Highway, Suite 32

Hauppauge, NY 11788