UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDITH H. WEISS,

                              Plaintiff(s)

- against -

FRANCES M. CREEM and BETTY M. OLSON,

                              Defendant(s)

STIPULATION DISCONTINUING ACTION WITH PREJUDICE

DOCKET #: 07 CV 5712 (MHD)

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person, not a party, has an interest in the subject matter of the action, the above entitled action and the cross-claim be, and the same hereby is discontinued as to the defendant BETTY M. OLSON with prejudice, without costs to any party as against the other.

IT IS FURTHER STIPULATED that the defendant FRANCES M. CREEM will not seek an apportionment of liability against defendant BETTY M. OLSON pursuant to General Obligations Law Section 15-108.

This stipulation may be filed without further notice with the Clerk of the Court.

DATED:     Westbury, New York
                January 23, 2008

_____
John W. Kondulis, Esq.
JAMES G. BILELLO & ASSOCIATES
Attorneys for Defendant(s)
Betty M. Olson
875 Merrick Avenue
Westbury, New York 11590
(516) 229-4312
Our File #: 07K0763

_____
Friedman Friedman Chiaravalloti Giannini
Attorneys for Plaintiff(s)
2 Rector Street
21st Floor
New York, NY 10006
212 267-0380

_____
DeSena & Sweeney, LLP
Attorneys for Co-Defendant(s)
1383-32 Veterans Memorial Highway,
Suite 32

Hauppauge, NY 11788  SO-ORDERED:
(631) 360-7333

_____
USMJ