UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDITH H. WEISS,

                        Plaintiff(s),

        -against-

FRANCES M. CREEM and BETTY M. OLSEN,

                        Defendant(s).

**AFFIDAVIT OF SERVICE**

Index No. 07CV5712

STATE OF NEW YORK, COUNTY OF SUFFOLK

GILLIAN N. ERICKSON, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides at Westhampton, New York.

On March 28, 2008, deponent served the within **AFFIRMATION** upon the attorney(s) and/or the parties listed herein, at the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in - a post office - official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

| | |
|---|---|
| Friedman, Friedman, Chiaravalloti & Giannini | James G. Bilello & Associates |
| 2 Rector Street, 21st Floor | 875 Merrick Avenue |
| New York, New York 10006 | Westbury, New York 11590 |

I declare under penalty of perjury that the foregoing is true and correct.

                                          /S/
                                   GILLIAN N. ERICKSON

Sworn to before me this
28th day of March, 2008

      /S/
PAMELA J. CASTELLI
NOTARY PUBLIC-STATE OF NEW YORK
NO. 01CA6162097
QUALITIED IN SUFFOLK COUNTY
COMMISSION EXPIRES MARCH 5, 2011