UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

JUDITH H. WEISS,                     :

              Plaintiff,     :     **ORDER**

    -against-                       :     **07 Civ. 5712 (MHD)**

FRANCES M. CREEM and BETTY M.        :
OLSON,
             Defendants.    :
------------------------------------X

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    It is hereby

    **ORDERED** that a conference for the purpose of oral argument on defendant Betty M. Olson's Motion for Summary Judgment, dated March 19, 2008, has been scheduled for **MONDAY, APRIL 14, 2008, at 10:00 AM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED: New York, New York
       March 31, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Mariangela Chiaravalloti, Esq.
Friedman, Friedman, Chiaravalloti & Giannini
2 Rector Street, 21st Floor
New York, NY 10006

Gail J. Monaco, Esq.
Desena & Sweeney LLP
1383 Veterans Highway
Hauppauge, NY 11788

John William Kondulis, Esq.
Bilello & Walisever
875 Merrick Avenue
Westbury, NY 11590