# FRIEDMAN FRIEDMAN CHIARAVALLOTI & GIANNINI
### ATTORNEYS AT LAW
2 Rector Street
21ˢᵗ Floor
New York, NY 10006
Telephone: (212) 267-0380
Fax: (212) 962-1199

Daniel J. Friedman
Alan M. Friedman
Mariangela Chiaravalloti*
A. Joseph Giannini

Suzanne M. Scott*
Maria DePalma
Legal Assistant

*member of NY & NJ Bar

May 9, 2008

**Via Facsimile (212) 805-7928**

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Attn: Hon. Michael H. Dolinger

Re: <u>Weiss v. Creem & Olsen</u>
     Civil Index Number 07CV5712

Hon. Magistrate Dolinger:

    This office represents the plaintiff, Judith Weiss in the above referenced matter. I write to request a three (3) week extension of time for all parties to submit a joint pre-trial order. We request this extension in light of the recent telephone conference with the Court adjourning the trial of this matter to July 14, 2008. The pre-trial order is currently due today, May 9, 2008. This application is made on consent of all counsel.

    A copy of this letter application is being sent to counsel for defendant, Creem via facsimile. Thank you for your consideration.

Respectfully,

Suzanne Scott
SUZANNE M. SCOTT
(SS-5969)

SMS/oan
cc:   Via Facsimile (631) 360-3763 DeSena & Sweeney, LLP

*[Handwritten endorsement:]* ENDORSED: The parties are to submit joint pretrial order, voir dire and requests to charge by May 30, 2008. The trial will commence on July 14, 2008 at 9:00 am in Courtroom 17D. /s/ MHD 5/8/08