# DeSena & Sweeney, LLP

1383-32 *Veterans Memorial Highway*
*Hauppauge, New York 11788*
*(631) 360-7333*

LOUIS J. DeSena, Esq.
ROBERT P. SWEENEY, Esq.

JAMES D. BRUCKNER, Esq.
LINDA M. CHETKOF, Esq.
CHRISTOPHER J. LANIGAN, Esq.
SHAWN P. O'SHAUGHNESSY, Esq.
GRETA S. BOLDI, Esq.
ELKE E. MIRABELLA, Esq.
ROBERT B. BROWN, Esq.
JOËLL K. PERCY, Esq.

STANFORD KAPLAN, Esq.
ELLEN MARCUS, Esq.
*Of Counsel*

May 29, 2008

**Via Facsimile (212) 805-7928**

United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Attn: Hon. Michael H. Dolinger

RE: Weiss v Creem and Olson
Civil Index Number: 07 CV 5712

*[Handwritten endorsed order: "ENDORSED ORDER — The deadline for submission for the joint pretrial order, voir dire and requests to charge is now June 23, 2008. [signed] 5/29/08"]*

Hon. Dolinger:

This office represents defendant Creem in the above stated action. I have now been designated by the insurance carrier to act as defense trial counsel for the trial set to begin on July 14, 2008. In light of the below referenced activity, defendant requests an adjournment for the filing of the Joint Pre-Trial Order until Monday, June 23, 2008.

The claim file was recently transferred to a different unit which handles cases with the potential for significant exposure. Accordingly, they requested an in person meeting which is set to take place in the afternoon of Tuesday, June 3, 2008. At that meeting, I anticipate discussion and possible resolution of various issues which could limit the scope or necessity for the Joint Pre Trial Order. As I understand it, the Joint Pre-Trial Order is due to be filed on May 30, 2008.

Additionally, I have been advised by the handling associate that Hon. Freeman has scheduled a Status Conference call for June 12, 2008 and a Settlement Conference for June 20, 2008.

The within application is on consent on opposing counsel. Thank you for your time and attention to the foregoing.

Very truly yours,

LOUIS J. DESENA (LD-1970)

LJD:spo
CC:

Friedman, Friedman, Chiaravalloti & Giannini
Attorneys for Plaintiff
2 Rector Street, 21st Floor
New York, NY 10006
Attn: Mariangela Chiaravalloti, Esq.
**Via Facsimile:** (212) 962-1199