# FRIEDMAN FRIEDMAN CHIARAVALLOTI & GIANNINI
## ATTORNEYS AT LAW
2 Rector Street
21st Floor
New York, NY 10006
Telephone: (212) 267-0380
Fax: (212) 962-1199

Daniel J. Friedman
Alan M. Friedman
Mariangela Chiaravalloti*
A. Joseph Giannini

Suzanne M. Scott*

Maria DePalma
Legal Assistant

*member of NY & NJ Bar

June 23, 2008

**Via Facsimile (212) 805-7928**

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Attn: Hon. Michael H. Dolinger

Re:  Weiss v. Creem & Olsen
     Civil Index Number 07cv5712

Hon. Magistrate Dolinger:

This office represents the plaintiff, Judith Weiss in the above referenced matter. I write to request a very short extension of time for all parties to submit the joint pre-trial order. The partner on this file, Mariangela Chiaravalloti, is currently on trial in Supreme Court, Queens County and has not had an opportunity to review defendant's submission. The pre-trial order is currently due today, June 23, 2008. We request an extension to Friday, June 27, 2008. This application is made on consent of all counsel.

A copy of this letter application is being sent to counsel for defendant, Creem via facsimile.

Thank you for your consideration.

ENDORSED ORDER
Application granted, but counsel are reminded that the trial will not adjourned.
/s/ USMJ 6/23/08

Respectfully,
SUZANNE M. SCOTT
(SS-5969)

SMS/oan
cc:  Via Facsimile (631) 360-3763 DeSena & Sweeney, LLP