```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JUDITH H. WEISS,                    :

                Plaintiff,          :    ORDER

        -against-                   :    07 Civ. 5712 (MHD)

FRANCES M. CREEM and BETTY M.       :
OLSON,
                Defendants.         :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```



Counsel for all parties having represented that the parties have agreed on the terms of a settlement, it is hereby

ORDERED that the complaint is dismissed. Plaintiff may reinstate the case within thirty days in the event that the settlement is not effectuated. Failing such a step, the dismissal will be deemed to be with prejudice.

DATED:  New York, New York
        June 26, 2008

SO ORDERED.

---
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Mariangela Chiaravalloti, Esq.
Friedman, Friedman, Chiaravalloti & Giannini
2 Rector Street, 21st Floor
New York, NY 10006

Gail J. Monaco, Esq.
Desena & Sweeney LLP
1383 Veterans Highway
Hauppauge, NY 11788

John William Kondulis, Esq.
Bilello & Walisever
875 Merrick Avenue
Westbury, NY 11590